UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: MidFirst Bank

In Re:

Nakia N. Scurry
          DEBTOR.

Order Filed on October 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-23303 ABA

Chapter: 13

Judge:  Andrew B. Altenburg,Jr

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:      Nakia N. Scurry
Case No.:    18-23303 ABA
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property known as 191 Clarks Pond Road, Bridgeton, NJ 08302 with the consent of Terry Tucker, Esq., counsel for the Debtor, Nakia Scurry,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:        Dated:   10/5/2018

*/s/ Denise Carlon, Esquire*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   10/5/2018

*/s/ Terry Tucker, Esquire*
TERRY TUCKER, ESQ., ATTORNEY FOR DEBTOR