|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: MidFirst Bank

In Re:

Nakia N. Scurry
            DEBTOR.

Order Filed on October 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-23303 ABA

Chapter: 13

Judge:  Andrew B. Altenburg,Jr

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:      Nakia N. Scurry
Case No.:    18-23303 ABA
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

    This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property known as 191 Clarks Pond Road, Bridgeton, NJ 08302 with the consent of Terry Tucker, Esq., counsel for the Debtor, Nakia Scurry,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

    It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

    It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:      Dated:   10/5/2018

*/s/ Denise Carlon, Esquire*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:      Dated:   10/5/2018

*/s/ Terry Tucker, Esquire*
TERRY TUCKER, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Nakia N Scurry  
    Debtor

Case No. 18-23303-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 09, 2018
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db             +Nakia N Scurry,    191 Clarks Pond Road,    Bridgeton, NJ 08302-7178

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Melissa S DiCerbo    on behalf of Creditor    Finance of America Mortgage, Inc nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
      Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
      Terry Tucker    on behalf of Debtor Nakia N Scurry terrytucker@comcast.net
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                          TOTAL: 7