Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23303−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nakia N Scurry
    191 Clarks Pond Road
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−0665

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 16, 2018.

On 2/26/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             April 8, 2020
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 27, 2020
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-23303-ABA
Nakia N Scurry                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 27, 2020
                              Form ID: 185             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
```
db              +Nakia N Scurry,    191 Clarks Pond Road,    Bridgeton, NJ 08302-7178
cr              +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517625282       +C&H Disposal Service, Inc.,    47 Griers Lane,    Elmer, NJ 08318-2416
517625285       +Loan Care Mortgage,    POB 8068,    Virginia, VA 23450-8068
517625286       +Louis Greenfield,    PO Box 17210,    Golden, CO 80402-6020
517829166       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517625291       +Portfolio Recovery Assoc. LLC-Thomas Mur,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
517625292       +Pressler and Pressler, LLP-Christopher O,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517625293       +Pressler and Pressler, LLP-Theologia Pap,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517625294       +SJ FCU,    POB 5530,    Deptford, NJ 08096-0530
517625295       +SJFCU,    POB 37603,    Phila, PA 19101-0603
517625296       +South Jersey FCU,    PO Box 37603,    Philadelphia, PA 19101-0603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517625283       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:32:03      Gap,    PO Box 530942,
                 Atlanta, GA 30353-0942
517723158        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2020 00:19:27      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517625284       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2020 00:19:27      Jefferson Capital Systems, LLC,
                 PO Box 17210,    Golden, CO 80402-6020
517625287       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:30:11      Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
517625288       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2020 00:19:15      Midland Credit Management, Inc.,
                 2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
517652218       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2020 00:19:15      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517625289        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2020 00:31:22
                 Portfolio Recovery Assoc, LLC,    120 Corporate Blvd.,    Norfolk, VA 23502
517734471        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2020 00:32:18
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
517732905        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2020 00:31:22
                 Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
517628339       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:31:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517625290*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Assoc, LLC,    PO Box 12903,    Norfolk, VA 23541)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Feb 27, 2020
                               Form ID: 185               Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
              Melissa S DiCerbo    on behalf of Creditor    Finance of America Mortgage, Inc
               nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Terry  Tucker    on behalf of Debtor Nakia N Scurry terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```