Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23303−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nakia N Scurry
   191 Clarks Pond Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−0665

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 8, 2020.

On 1/25/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              March 9, 2022
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 26, 2022
JAN: kaj

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 18-23303-ABA
Nakia N Scurry                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                        Page 1 of 2
Date Rcvd: Jan 26, 2022              Form ID: 185                   Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                 Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia N Scurry, 191 Clarks Pond Road, Bridgeton, NJ 08302-7178 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517625282 | + | C&H Disposal Service, Inc., 47 Griers Lane, Elmer, NJ 08318-2416 |
| 517625285 | + | Loan Care Mortgage, POB 8068, Virginia, VA 23450-8068 |
| 517625286 | + | Louis Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 517625291 | + | Portfolio Recovery Assoc. LLC-Thomas Mur, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 517625293 | + | Pressler and Pressler, LLP-Theologia Pap, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 517625294 | + | SJ FCU, POB 5530, Deptford, NJ 08096-0530 |
| 517625295 | + | SJFCU, POB 37603, Phila, PA 19101-0603 |
| 517625296 | + | South Jersey FCU, PO Box 37603, Philadelphia, PA 19101-0603 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517625283 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2022 20:35:02 | Gap, PO Box 530942, Atlanta, GA 30353-0942 |
| 517723158 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2022 20:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517625284 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2022 20:29:00 | Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 517625287 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2022 20:34:57 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 517829166 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 26 2022 20:34:50 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517625288 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2022 20:29:00 | Midland Credit Management, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2709 |
| 517652218 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2022 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517625289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 20:34:52 | Portfolio Recovery Assoc, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 517734471 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 20:35:03 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517732905 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 20:35:03 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517625292 | + | Email/Text: signed.order@pfwattorneys.com | | |

| 517628339 | + Email/PDF: gecsedi@recoverycorp.com | Jan 26 2022 20:29:00 | Pressler and Pressler, LLP-Christopher O, 7 Entin Rd., Parsippany, NJ 07054-5020 |
|---|---|---|---|
| | | Jan 26 2022 20:34:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517625290 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc, LLC, PO Box 12903, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America Mortgage Inc nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Nakia N Scurry terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7