UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Terry Tucker  TT8409
80 W Broad Street
Bridgeton, NJ 08302
856-453-7440
For Debtor(s)

In Re:

Nakia Scurry

Case No.: 18-23303

Adv. No.:

Hearing Date:

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Angela Bard__ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Terry Tucker Esq__, who represents the __Debtor__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __3/24/22__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Modified Chapter 13 plan.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 3/24/22

/s/Angela Bard
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| C&H Disposal Service, Inc.<br>57 Griers Lane<br>Elmer, NJ 08318 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jefferson Capital Systems, LLC<br>PO Box 17210<br>Golden, CO 80402 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lowes<br>PO Box 530914<br>Atlanta, GA 30353 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pressler and Pressler, LLP<br>7 Entin Rd.<br>Parsippany, NJ 07054 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SJFCU<br>PO Box 37603<br>Philadelphia, PA 19101 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Gap<br>PO Box 530942<br>Atlanta, GA 30353 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Loan Care Mortgage<br>PO Box 8068<br>Virginia, VA 23540 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MidFirst Bank<br>999 North West Gran Blvd.<br>Oklahoma City, OK 73118 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Assoc.<br>PO Box 41067<br>Norfolk, VA 23541 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SJFCU<br>1615 Huffvill Rd.<br>Deptford, NJ 08096 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

new.3/15/12

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis Greenfield<br>PO Box 17210<br>Golden, CO 80402 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Midland Credit Management, Inc.<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Assoc.<br>120 Corporate Blvd.<br>Norfolk, VA 23502 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SJFCU<br>PO Box 5530<br>Deptford, NJ 08096 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Case 18-23303-ABA    Doc 69    Filed 03/24/22    Entered 03/24/22 19:32:47    Desc Main
Document    Page 6 of 6

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  | creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |