Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−23303−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nakia N Scurry
   191 Clarks Pond Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−0665

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2022.

Dated: June 8, 2022
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23303-ABA |
| Nakia N Scurry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: plncf13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia N Scurry, 191 Clarks Pond Road, Bridgeton, NJ 08302-7178 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517625282 | + | C&H Disposal Service, Inc., 47 Griers Lane, Elmer, NJ 08318-2416 |
| 517625285 | + | Loan Care Mortgage, POB 8068, Virginia, VA 23450-8068 |
| 517625286 | + | Louis Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 517625291 | + | Portfolio Recovery Assoc. LLC-Thomas Mur, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 517625293 | + | Pressler and Pressler, LLP-Theologia Pap, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 517625294 | + | SJ FCU, POB 5530, Deptford, NJ 08096-0530 |
| 517625295 | + | SJFCU, POB 37603, Phila, PA 19101-0603 |
| 517625296 | + | South Jersey FCU, PO Box 37603, Philadelphia, PA 19101-0603 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517625283 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 20:49:30 | Gap, PO Box 530942, Atlanta, GA 30353-0942 |
| 517723158 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2022 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517625284 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2022 20:48:00 | Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 517625287 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 20:49:23 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 517829166 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 08 2022 20:49:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517625288 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Credit Management, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 517652218 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517625289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2022 20:49:17 | Portfolio Recovery Assoc, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 517734471 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2022 20:49:24 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517732905 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2022 20:49:32 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517625292 | + | Email/Text: signed.order@pfwattorneys.com | | |

| Recip ID | | | |
|---|---|---|---|
| 517628339 | + Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 20:48:00 | Pressler and Pressler, LLP-Christopher O, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| | | Jun 08 2022 20:49:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517625290 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc, LLC, PO Box 12903, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America Mortgage Inc nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Nakia N Scurry terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7